DATE: July 23, 2010

DEFENDANT: Walter Bond

AGE: 1976

ADDRESS: unknown

OFFENSE: **COUNT 1:** Title 18, United States Code, Section 844(i) Use of Fire or Explosives to Damage Property in Interstate Commerce.

LOCATION OF OFFENSE: Glendale, Colorado

PENALTY: **COUNT 1:**
NLT 5 years and NMT 20 years imprisonment, NMT $250,000.00 fine or both; NMT 5 years supervised release; and $100.00 Special Assessment

AGENT: Rennie Mora - Bureau of Alcohol, Tobacco, Firearms and Explosives

AUTHORIZED BY: Gregory Holloway
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less

_____ over five days

_____ other

THE GOVERNMENT

__X__ will seek detention in this case

_____ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:  _____ Yes    __X__ No