IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 10-cr-00389-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WALTER EDMUND BOND,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 28th day of June, 2023.

                      COLE FINEGAN
                      United States Attorney

By:    *s/ Laura Cramer-Babycz*
        Laura Cramer-Babycz
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: Laura.Cramer-Babycz@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 28th day of June, 2023, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Deana Ambrosen*
  Legal Assistant
  United States Attorney's Office